IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-CV-749 |
| | ) |
| JOSHUA JONES and | ) |
| SHARON JONES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is hereby ORDERED that judgment be entered in favor of plaintiff against the

defendants in the principal amount of $10,000, together with interest thereon at the

legal rate from the date of entry of judgment until paid in full.

Dated this ___14th___ day of December 2009.

BY THE COURT:

*Barbara B. Crabb*

BARBARA B. CRABB, JUDGE,
UNITED STATES DISTRICT COURT